SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

2.  *Case Administrator*

FROM:    *Financial Administrator*

UC

DATE: 10/31/2016

CASE NAME: Markiewizz

CASE NUMBER: 11-11538-TPA

Check Number 1016718 in the amount of $ 272.03 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 12010            Intake Clerk's Initials [signature]

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
10/28/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie,  PA  16501 |

Re: DAVID A. MARKIEWICZ
KELLY A. MARKIEWICZ
Case No: 11-11538TPA

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

Afni Inc**++
404 Brock Dr
Pob 3667
Bloomington,IL 61702-3667

CHECK NUMBER 1016718        AMOUNT $272.03

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

       Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:PAUL W MCELRATH JR ESQ
DAVID A. MARKIEWICZ
KELLY A. MARKIEWICZ
Afni Inc**++