**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT S. DURCHO
DIANE DURCHO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-20173 TPA

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/21/2016 and confirmed on 03/18/2016 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 928.00 |
| Less Refunds to Debtor | 701.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 227.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 72.82 | |
|     Trustee Fee | 36.18 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 109.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     AC AUTOPAY LLC | 15,634.42 | 0.00 | 0.00 | 0.00 |
|         Acct: 9715 | | | | |
|     DITECH FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 8583 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
|     RICHARD P GAINEY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     ROBERT S. DURCHO | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     ROBERT S. DURCHO | 701.00 | 701.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     RICHARD P GAINEY ESQ | 3,700.00 | 72.82 | 0.00 | 0.00 |
|         Acct: | | | | |
|     PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     PA DEPARTMENT OF REVENUE* | 1,038.19 | 0.00 | 0.00 | 0.00 |
|         Acct: 9106 | | | | |

| 16-20173 TPA | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* <br> Acct: 9036 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT <br> Acct: XXXXXXXXXX LLC | 118.00 | 118.00 | 0.00 | 118.00 |
| | | | | 118.00 |
| **Unsecured** | | | | |
| EXETER FINANCE CORP <br> Acct: 2072 | 8,174.85 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA** <br> Acct: 8396 | 0.00 | 0.00 | 0.00 | 0.00 |
| AFSA/ACS <br> Acct: 0362 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADVANTAGE AUTO SALES <br> Acct: 7480 | 0.00 | 0.00 | 0.00 | 0.00 |
| AFNI <br> Acct: 3487 | 0.00 | 0.00 | 0.00 | 0.00 |
| AFNI <br> Acct: 8177 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY KISKI POSTAL FCU <br> Acct: 0401 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY OPHTHALMOLOGY ASSOC <br> Acct: 3103 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V <br> Acct: 0001 | 763.08 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP <br> Acct: 7701 | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE <br> Acct: 9256 | 186.93 | 0.00 | 0.00 | 0.00 |
| JEFFREY GOLEMBIEWSKI(*) <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRADDOCK CENTER FOR BEHAVIORAL M <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*) <br> Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*) <br> Acct: 3118 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF ARNOLD (PERCAP) <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COMCAST*++ <br> Acct: 9456 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO <br> Acct: 1749 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT DIRE <br> Acct: 8666 | 481.09 | 0.00 | 0.00 | 0.00 |
| ECMC(*) <br> Acct: 9036 | 34,158.16 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK <br> Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* <br> Acct: 2040 | 1,530.08 | 0.00 | 0.00 | 0.00 |
| DITECH MORTGAGE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PROBER & RAPHAEL <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AC AUTOPAY LLC <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DITECH FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2073 | | | | |
|   GREAT LAKE HIGHER EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREATER PITTSBURGH ORTHOPAEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1690 | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOME SHOPPING NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9036 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITY OF ARNOLD (PERCAP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KELLY & WOOD LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 001 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MEDICREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4659 | | | | |
|   MUNIC AUTH CITY NEW KENSINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1179 | | | | |
|   NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1180 | | | | |
|   PA DEPARTMENT OF REVENUE* | 41.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 9106 | | | | |
|   PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5704 | | | | |
|   PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0601 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEC/QVC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9036 | | | | |
|   RJM ACQUISITIONS LLC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1296 | | | | |
|   RON AND MARICIA SUDO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD SCARIES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SPRINT CORP(*) | 2,254.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 9036 | | | | |
|   STATE COLLECTION SERVICE INC | 399.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 9036 | | | | |
|   TAMMY BERNARDO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 362.78 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| WEST PENN POWER** | 2,241.91 | 0.00 | 0.00 | 0.00 |
| Acct: 2076 | | | | |
| PEOPLES NATURAL GAS COMPANY, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2040 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAWTHORNE VILLAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOUSEHOLD CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROTHMAN GORDON ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WPAHS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HUNTINGTON NATIONAL BANK(*) | 1,463.62 | 0.00 | 0.00 | 0.00 |
| Acct: 2057 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 580.88 | 0.00 | 0.00 | 0.00 |
| Acct: 4752 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                        118.00

TOTAL CLAIMED
PRIORITY            1,156.19
SECURED            15,634.42
UNSECURED         52.638.96

Date: 11/09/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com