**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert S. Durcho** | Social Security number or ITIN  **xxx–xx–9106** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Diane Durcho** | Social Security number or ITIN  **xxx–xx–9036** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–20173–TPA**

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert S. Durcho                                            Diane Durcho

11/9/16                                                    **By the court:**  Thomas P. Agresti
                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                  Case No. 16-20173-TPA
Robert S. Durcho                                                        Chapter 7
Diane Durcho
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: admin                 Page 1 of 4                   Date Rcvd: Nov 09, 2016
                               Form ID: 318                Total Noticed: 89
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
```
db/jdb         #+Robert S. Durcho,    Diane Durcho,    1207 Lengel Avenue,    Natrona Heights, PA 15065-1706
cr              +Exeter Finance Corp. Department,     P.O. Box 201347,    Arlington, TX 76006-1347
cr              +Peoples TWP, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14209947        +AC AutoPay,    PO BOX 40469,    Denver CO 80204-0469
14165584        +AC AutoPay LLC,    PO Box 40409,    Denver, CO 80204-0409
14165589       ++ALLEGHENY KISKI POSTAL FEDERAL CREDIT UNION,    501 11TH ST ROOM 206,
                 NEW KENSINGTON PA 15068-6126
                (address filed with court:  Allegheny Kiski Postal,    Post Office Rm 206,
                 New Kensington, PA 15068)
14165583        +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14165586        +Acs/College Loan Corp,    14303 Gateway Pl,    Poway, CA 92064-7140
14165587        +Advantage Auto,    550 Stevenson Blvd,    New Kensington, PA 15068-5900
14270915        +Agnes R. Nicklas Realtor & Associates,    PO Box 124,    Sarver, PA 16055-0124
14178261        +Allegheny Opthalmology,    2853 Freeport Road,    Natrona Heights, PA 15065-1905
14240453         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14165593        +Attorney Jeffrey S. Golembiewski,    225 South Maple Avenue, Suite A,
                 Greensburg, PA 15601-3229
14165594        +Berkheimer Tax Administrator,    POB 995,    50 North Seventh Street,    Bangor, PA 18013-1731
14165595        +Braddock Center For Behavioral Medicine,    200 Medical Arts Building,    Suite 240,
                 Kittanning, PA 16201-7132
14165600       ++COMCAST,   676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                (address filed with court:  Comcast,    P.O. Box 3012,    Southeastern, PA 19398-3012)
14165597       #+Capital One,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14165598        +City of Arnold,    c/oCollection Service Center/Tax Div,    832 Fifth Avenue,
                 New Kensington, PA 15068-6304
14165599         Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
14165602        +Dawn Linder,    375 North Shore Drive, Suite 600,    Pittsburgh, PA 15212-5866
14178275        +Directv,    PO Box 5007,    Carol Stream, IL 60197-5007
14178276        +Ditech,    3000 Bayport Dr.Ste. 880,    Tampa, FL 33607-8409
14178277        +Ditech,    PO Box 6176,    Rapid City, SD 57709-6176
14178278        +ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14165604        +Exeter Finance Corp,    P.O. Box 201347,    Arlington, TX 76006-1347
14241455        +Exeter Finance Corp.,    P.O. Box 167399,    Irving, TX 75016-7399
14165605        +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14178282        +Great Lakes Educational Loan Services,    PO Box 8973,    Madison, WI 53708-8973
14165607        +Greater Pittsburgh Orthopaedics,    PO Box 642438,    Pittsburgh, PA 15264-2438
14165608         Green Tree,    500 Landmark Tower,    St Paul, MN 55102
14165609        +Green Tree Servicing LLC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14165611        +HAWTHORNE VILLAGE,    9210 North Maryland Street,    Niles, IL 60714-1391
14270916         Harrison Twp Water Authority,    1705 Rear Freeport Road,    Natrona Heights, PA 15065
14165618        +Joseph G. Puet,    Municipal Building,    City Treasures Office,    1829 Fifth Avenue,
                 New Kensington, PA 15068-4498
14165619         Kelly and Wood, LTD.,    St. Marg. Med. Arts Bldg, Suite 307,    100 Delafield Road,
                 Pittsburgh, PA 15215-3247
14165620        +Kristy Durst,    3036 Falling Waters Lane,    Lake Villa, IL 60046-6784
14165623        +MUNICIPAL AUTH. OF NEW KENSINGTON,    920 BARNES STREET,    NEW KENSINGTON, PA 15068-6207
14165622        +Medicredit Inc.,    POB 1629,    Maryland Heights, MO 63043-0629
14270917        +Morrow Refuse,    4985 Bakerstown Culmerville Rd,    Tarentum, PA 15084-2201
14165624        +National Recovery,    2491 Paxton St,    Harrisburg, PA 17111-1036
14178302        +PA Municipal Service,    336 Delaware Avenue,    Oakmont, PA 15139-2138
14165626         PAMS,    336 Delaware Avenue,    Dept. U-011,    Oakmont, PA 15139-2138
14165629        +PROBER & RAPHAEL, A LAW CORPORATION,    P.O. Box 4365,    Woodland Hills, CA 91365-4365
14270918        +Peoples Gas,    PO Box 535323,    Pittsburgh, PA 15253-5323
14165627        +Peoples Natural Gas,    POB 644760,    Pittsburgh, PA 15264-4760
14165631        +QVC,    100 QVC Boulevard,    Rocky Mount, NC 27815-9049
14165630         QVC,    Studio Park,    West Chester, PA 19380
14165634        +Ron & Marcia Sudo,    135 Murray Hill Avenue,    Cheswick, PA 15024-1517
14165635        +Ronald Scaries,    1117 Warren Avenue,    Arnold, PA 15068-4056
14165636        +Rothman Gordon PC,    310 Grant Street,    3rd Floor,    Pittsburgh, PA 15219-2272
14178316        +State Collection Service,    2509 S Stoughton Road,    Madison, WI 53716-3314
14178317        +Tammy Bernardo,    86 Penny Lane,    Leechburg, PA 15656-9396
14178318         UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14209082        +UPMC St Margaret,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14165637         UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
14165640        +WPAHS,    Part of the West Penn Health System,    320 East North Street,
                 Pittsburgh, PA 15212-4756
```

```
District/off: 0315-2          User: admin              Page 2 of 4                    Date Rcvd: Nov 09, 2016
                              Form ID: 318             Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: BRCCRAWFORD.COM Nov 10 2016 01:23:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 01:40:27      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr               EDI: RECOVERYCORP.COM Nov 10 2016 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14165588        +EDI: AFNIRECOVERY.COM Nov 10 2016 01:23:00      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
14165590         EDI: AIS.COM Nov 10 2016 01:28:00      American Info Source Lp,    Post Office Box 248848,
                 Oklahoma City, OK 73124-8848
14211714         EDI: AIS.COM Nov 10 2016 01:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14165591        +EDI: ACCE.COM Nov 10 2016 01:23:00      Asset Acceptance,    Post Office Box 2039,
                 Warren, MI 48090-2039
14165592        +EDI: ATLASACQU.COM Nov 10 2016 01:23:00      Atlas Acquisitions LLC,    Attn: Avi Schild,
                 294 Union Street,    Hackensack, NJ 07601-4303
14165596         EDI: CAPITALONE.COM Nov 10 2016 01:23:00      Capital One,    Po Box 85520,    Richmond, VA 23285
14165601        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Nov 10 2016 01:40:54      Credit Management,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14244269         E-mail/Text: bankruptcy.bnc@ditech.com Nov 10 2016 01:40:11      DITECH FINANCIAL LLC,
                 P.O. BOX 6154,    RAPID CITY, SD 57709-6154
14165603        +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Nov 10 2016 01:34:36      Exeter Finance Corp,
                 Po Box 166097,    Irving, TX 75016-6097
14165606         EDI: AMINFOFP.COM Nov 10 2016 01:23:00      First Premier Bank,    P.O. Box 5524,
                 Sioux Falls, SD 57117-5524
14165610        +E-mail/Text: bankruptcy.bnc@ditech.com Nov 10 2016 01:40:11      Greentree Servicing,
                 PO Box 0049,    Palatine, IL 60055-0001
14165612         EDI: RMSC.COM Nov 10 2016 01:23:00      Home Shopping Network,    PO Box 530993,
                 Atlanta, GA 30353-0993
14165613        +EDI: HFC.COM Nov 10 2016 01:23:00      Household Card Services,    1421 Kristina Way,
                 Chesapeake, VA 23320-8917
14188737        +E-mail/Text: bankruptcy@huntington.com Nov 10 2016 01:40:40      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
14165616         EDI: IRS.COM Nov 10 2016 01:23:00      Internal Revenue Service,    P.O. Box 21125,
                 Philadelphia, PA 19114
14165617         EDI: JEFFERSONCAP.COM Nov 10 2016 01:23:00      Jefferson Capital Systems,    PO Box 7999,
                 Saint Cloud, MN 56302-9617
14165621         EDI: RESURGENT.COM Nov 10 2016 01:28:00      LVNV Funding,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14165625         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 01:40:27      PA Department of Revenue,
                 Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14165628         EDI: PRA.COM Nov 10 2016 01:23:00      Portfolio Recovery Associates,    P.O. Box 12914,
                 Norfolk, VA 23541
14174434         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 01:40:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14178306        +E-mail/Text: csidl@sbcglobal.net Nov 10 2016 01:40:55      Premier Bankcard,    POB 2208,
                 Vacaville, CA 95696-8208
14165632         EDI: RMSC.COM Nov 10 2016 01:23:00      QVC Network Inc/MBGA,    PO Box 103065,
                 Roswell, GA 30076
14172639         EDI: RECOVERYCORP.COM Nov 10 2016 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14195778         EDI: NEXTEL.COM Nov 10 2016 01:23:00      Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
14178315        +EDI: NEXTEL.COM Nov 10 2016 01:23:00      Sprint,    Customer Service,    P.O. Box 8077,
                 London, KY 40742-8077
14270919        +EDI: VERIZONWIRE.COM Nov 10 2016 01:23:00      Verizon,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
14165638        +EDI: VERIZONWIRE.COM Nov 10 2016 01:23:00      Verizon Wireless,    1 Verizon Pl,
                 Alpharetta, GA 30004-8510
14270920        +E-mail/Text: bankruptcy@firstenergycorp.com Nov 10 2016 01:40:45      West Penn Power,
                 PO Box 3687,    Akron, OH 44309-3687
14165639        +E-mail/Text: bankruptcy@firstenergycorp.com Nov 10 2016 01:40:45      West Penn Power,
                 c/o First Energy,    Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14203308        +E-mail/Text: bankruptcy@firstenergycorp.com Nov 10 2016 01:40:45      West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                               TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
```

```
District/off: 0315-2           User: admin              Page 3 of 4                   Date Rcvd: Nov 09, 2016
                               Form ID: 318             Total Noticed: 89

14178255*       +AC AutoPay LLC,    PO Box 40409,    Denver, CO 80204-0409
14178256*       +AC AutoPay LLC,    1058 Delaware Street,    Denver, CO 80204-4033
14178260*      ++ALLEGHENY KISKI POSTAL FEDERAL CREDIT UNION,     501 11TH ST ROOM 206,
                 NEW KENSINGTON PA 15068-6126
                (address filed with court:  Allegheny Kiski Postal,     Post Office Rm 206,
                 New Kensington, PA 15068)
14178254*       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14178257*       +Acs/College Loan Corp,    14303 Gateway Pl,    Poway, CA 92064-7140
14178258*       +Advantage Auto,    550 Stevenson Blvd,    New Kensington, PA 15068-5900
14178259*       +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
14178262*        American Info Source Lp,    Post Office Box 248848,     Oklahoma City, OK 73124-8848
14178263*       +Asset Acceptance,    Post Office Box 2039,    Warren, MI 48090-2039
14178264*       +Atlas Acquisitions LLC,    Attn: Avi Schild,    294 Union Street,    Hackensack, NJ 07601-4303
14178265*       +Attorney Jeffrey S. Golembiewski,     225 South Maple Avenue, Suite A,
                 Greensburg, PA 15601-3229
14178266*       +Berkheimer Tax Administrator,    POB 995,    50 North Seventh Street,    Bangor, PA 18013-1731
14178267*       +Braddock Center For Behavioral Medicine,     200 Medical Arts Building,    Suite 240,
                 Kittanning, PA 16201-7132
14178268*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One,     Po Box 85520,    Richmond, VA 23285)
14178272*      ++COMCAST,   676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                (address filed with court:  Comcast,     P.O. Box 3012,    Southeastern, PA 19398-3012)
14178269*       +Capital One,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14178270*       +City of Arnold,    c/oCollection Service Center/Tax Div,     832 Fifth Avenue,
                 New Kensington, PA 15068-6304
14178271*        Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
14178273*       +Credit Management,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14178274*       +Dawn Linder,    375 North Shore Drive, Suite 600,     Pittsburgh, PA 15212-5866
14178279*       +Exeter Finance Corp,    Po Box 166010,    Irving, TX 75016-6097
14178280*       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14178281*        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14178283*       +Greater Pittsburgh Orthopaedics,    PO Box 642438,    Pittsburgh, PA 15264-2438
14178284*        Green Tree,    500 Landmark Tower,    St Paul, MN 55102
14178285*       +Green Tree Servicing LLC,    701 Market Street, Suite 5000,     Philadelphia, PA 19106-1541
14178286*       +Greentree Servicing,    PO Box 0049,    Palatine, IL 60055-0001
14178287*       +HAWTHORNE VILLAGE,    9210 North Maryland Street,    Niles, IL 60714-1391
14178288*        Home Shopping Network,    PO Box 530993,    Atlanta, GA 30353-0993
14178289*       +Household Card Services,    1421 Kristina Way,    Chesapeake, VA 23320-8917
14178292*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,     P.O. Box 21125,
                 Philadelphia, PA 19114)
14165614*       +Internal Revenue Service,    William S. Moorehead Federal Building,     1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14178290*       +Internal Revenue Service,    William S. Moorehead Federal Building,     1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14165615*       +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14178291*       +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14178293*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:  Jefferson Capital Systems,     PO Box 7999,
                 Saint Cloud, MN 56302-9617)
14178294*       +Joseph G. Puet,    Municipal Building,    City Treasures Office,    1829 Fifth Avenue,
                 New Kensington, PA 15068-4498
14178295*        Kelly and Wood, LTD.,    St. Marg. Med. Arts Bldg, Suite 307,     100 Delafield Road,
                 Pittsburgh, PA 15215-3247
14178296*       +Kristy Durst,    3036 Falling Waters Lane,    Lake Villa, IL 60046-6784
14178297*        LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14178299*       +MUNICIPAL AUTH. OF NEW KENSINGTON,    920 BARNES STREET,    NEW KENSINGTON, PA 15068-6207
14178298*       +Medicredit Inc.,    POB 1629,    Maryland Heights, MO 63043-0629
14178300*       +National Recovery,    2491 Paxton St,    Harrisburg, PA 17111-1036
14178301*        PA Department of Revenue,    Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14178303*        PAMS,    336 Delaware Avenue,    Dept. U-011,    Oakmont, PA 15139-2138
14178305*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates,     P.O. Box 12914,
                 Norfolk, VA 23541)
14178307*       +PROBER & RAPHAEL, A LAW CORPORATION,    P.O. Box 4365,    Woodland Hills, CA 91365-4365
14178304*       +Peoples Natural Gas,    POB 644760,    Pittsburgh, PA 15264-4760
14178309*       +QVC,   100 QVC Boulevard,    Rocky Mount, NC 27815-9049
14178308*        QVC,   Studio Park,    West Chester, PA 19380
14178310*        QVC Network Inc/MBGA,    PO Box 103065,    Roswell, GA 30076
14178311*       +Rjm Acquisitions,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3416
14178312*       +Ron & Marcia Sudo,    135 Murray Hill Avenue,    Cheswick, PA 15024-1517
14178313*       +Ronald Scaries,    1117 Warren Avenue,    Arnold, PA 15068-4056
14178314*       +Rothman Gordon PC,    310 Grant Street,  3rd Floor,    Pittsburgh, PA 15219-2272
14178319*        UPMC St. Margaret,    PO Box 360381,    Pittsburgh, PA 15251-6381
14178320*       +Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
14178322*       +WPAHS,    Part of the West Penn Health System,    320 East North Street,
                 Pittsburgh, PA 15212-4756
14178321*       +West Penn Power,    c/o First Energy,    Revenue Assurance,    1310 Fairmont Avenue,
                 Fairmont, WV 26554-3526
```

```
District/off: 0315-2          User: admin              Page 4 of 4             Date Rcvd: Nov 09, 2016
                              Form ID: 318             Total Noticed: 89

14165585      ##+AC AutoPay LLC,    1058 Delaware Street,     Denver, CO 80204-4033
14165633      ##+Rjm Acquisitions,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3416
                                                                             TOTALS: 1, * 59, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
```
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard P. Gainey    on behalf of Joint Debtor Diane  Durcho richard.gainey@comcast.net,
               difatta1015@comcast.net
              Richard P. Gainey    on behalf of Debtor Robert S. Durcho richard.gainey@comcast.net,
               difatta1015@comcast.net
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                            TOTAL: 6
```