**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert S. Durcho and Diane Durcho<br>    Debtor(s) | CHAPTER 7<br><br>BKY. NO. 16-20173 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ech)

                    Respectfully submitted,


                    **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    jwarmbrodt@kmllawgroup.com
                    Attorney I.D. No. 42524
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    Phone: 215-825-6306
                    Fax: 215-825-6406
                    Attorney for Movant/Applicant